IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHL VARIABLE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ESF QIF TRUST, by and through its trustee, DEUTSCHE BANK TRUST COMPANY,<br><br>Defendant. | Case No. 12-cv-319-LPS<br><br>Jury Trial Demanded |

## STIPULATION EXTENDING DEADLINE TO RESPOND TO COMPLAINT

Plaintiff and Defendant, subject to the approval of the Court, hereby agree that the time for Defendant to move, answer or otherwise respond to the Complaint is extended to May 9, 2012.

Dated: April 4, 2012

COZEN & O'CONNOR

By:  /s/ Joseph James Bellew
   Joseph James Bellew (#4168)
   1201 North Market St., Ste. 1400
   Wilmington, DE  19801
   Telephone:  (302) 295-2000
   Fax:  (302) 295-2013
   jbellew@cozen.com

*Of Counsel:*
Thomas F. A. Hetherington, Esq.
Jarrett E. Ganer, Esq.
EDISON, McDOWELL &
HETHERINGTON LLP
Phoenix Tower 3200 Southwest Freeway,
Suite 2100
Houston, Texas 77027
tom.hetherington@emhllp.com
jarrett.ganer@emhllp.com

Respectfully submitted,

FARNAN LLP

By:  /s/ Brian E. Farnan
   Joseph J. Farnan, Jr. (#100245)
   Brian E. Farnan (#4089)
   919 North Market Street, 12th Floor
   Wilmington, DE  19801
   Telephone:  (302) 777-0300
   Fax:  (302) 777-0301
   farnan@farnanlaw.com
   bfarnan@farnanlaw.com

   Steven G. Sklaver (pro hac vice
   application to be filed)
   SUSMAN GODFREY L.L.P.
   1901 Avenue of the Stars, Suite 950
   Los Angeles, California 90067
   Telephone:  (310) 789-3100
   Fax:  (310) 789-3150
   ssklaver@susmangodfrey.com

| | |
|---|---|
| Telephone: (713) 337-5580<br>Fax: (713) 337-8850<br><br>*Attorneys for Plaintiff PHL Variable Insurance Company* | Matthew R. Berry (Pro Hac Vice application to be filed)<br>SUSMAN GODFREY L.L.P.<br>1201 Third Avenue, Suite 3800<br>Seattle, Washington 98101-3000<br>Telephone: (206) 516-3880<br>Fax:  (206) 516-3883<br>mberry@susmangodfrey.com<br><br>Brian M. Gillett  (Pro Hac Vice application to be filed)<br>SUSMAN GODFREY L.L.P.<br>1000 Louisiana Street, Suite 5100<br>Houston, Texas 77002-5096<br>Telephone:  (713) 651-9366<br>Fax:  (713) 654-6666<br>bgillett@susmangodfrey.com<br><br>*Attorneys for Defendant ESF QIF TRUST, by and through its trustee, DEUTSCHE BANK TRUST COMPANY* |

SO ORDERED this _____ day of _____, 2012.

_____
The Honorable Leonard P. Stark
United States District Court Judge