**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| PHL VARIABLE INSURANCE COMPANY, | § § | |
| Plaintiff/ Counterclaim-Defendant, | § § § | |
| v. | § § | C.A. No.: 12-cv-319-LPS |
| ESF QIF TRUST, by and through its trustee, DEUTSCHE BANK TRUST COMPANY, | § § § § | Jury Trial Demanded |
| Defendant/ Counterclaim-Plaintiff. | § § | |

**STIPULATION REGARDING DEPOSIT OF PREMIUMS WITH THE COURT**

IT IS HEREBY STIPULATED AND AGREED, by and among counsel for Plaintiff PHL Variable Insurance Company ("PHL") and Defendant ESF QIF Trust, by and through its trustee, Deutsche Bank Trust Company (the "Trust"), subject to the approval and order of the Court, to deposit the total amount of premiums paid on policy number 97519312 insuring the life of Roberta Griggs (the "Griggs Policy") with the Court.

Wherefore, PHL and the Trust STIPULATE AND AGREE, subject to the approval and order of the Court, that:

1.   Without waiving its right to seek to retain all or a portion of the premiums as pled in its Complaint, PHL shall pay a check to the Clerk of the Court for the total amount of premiums paid on the Griggs Policy, or $2,008,337.00, which amount does not include interest, within thirty (30) days of entry of an order from the Court ratifying the terms of this Stipulation.

2.   Upon receipt of the check, the Clerk of the Court shall deposit the funds into The United States Treasury to be invested in The Court Registry Investment System (CRIS), the investment management tool of the Administrative Office of the United States Court.

3. The funds shall be placed in interest-bearing accounts in the name "Clerk of the Court of the United States District Court for the District of Delaware, Civil Action No. 12-319-LPS."

4. The Administrative Office of the United States Courts shall deduct, from the income earned on the investment, a fee, not exceeding that authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office, at equal to ten percent (10%) of the income earned on the investment, whenever such income becomes available for deduction in the investment so held and without further order from the Court.

5. The funds deposited with CRIS shall remain on deposit until further order of the Court.

6. By entering into and complying with this stipulation, neither party waives any claims, defenses, or requests for relief made in any pleadings.

Dated: August 29, 2013                                             Respectfully submitted,

| | |
|---|---|
| */s/ Keith A. Walter, Jr.* | */s/ Michael J. Farnan* |
| Keith A. Walter, Jr. (#4157) | Michael J. Farnan (# 5165) |
| NOVAK DRUCE CONNOLLY BOVE + QUIGG LLP | Joseph J. Farnan, Jr. (#100245) |
| The Nemours Building | Brian E. Farnan (#4089) |
| 1007 N. Orange Street | FARNAN LLP |
| P. O. Box 2207 | 919 North Market Street, 12th Floor |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| Telephone: (302) 658-9141 | Telephone: (302) 777-0300 |
| Facsimile: (302) 658-5614 | Facsimile: (302) 777-0301 |
| keith.walter@novakdruce.com | farnan@farnanlaw.com |
| | bfarnan@farnanlaw.com |
| *Of Counsel*: | |
| Thomas F.A. Hetherington* | Steven G. Sklaver* |
| Jarrett E. Ganer* | SUSMAN GODFREY L.L.P. |
| Jessica L. Wilson* | 1901 Avenue of the Stars, Suite 950 |
| EDISON, MCDOWELL & HETHERINGTON LLP | Los Angeles, CA 90067 |
| Southwest Freeway, Suite 2100 | Telephone: (310) 789-3100 |
| Houston, TX 77027 | Facsimile: (310) 789-3150 |
| Telephone: (713) 337-5580 | ssklaver@susmangodfrey.com |
| Facsimile: (713) 337-8850 | |
| tom.hetherington@emhllp.com | Matthew R. Berry* |

| | |
|---|---|
| jarrett.ganer@emhllp.com<br>jessica.wilson@emhllp.com<br><br>*admitted *pro hac vice*<br><br>*Attorneys for Plaintiff*<br>*PHL Variable Insurance Company* | SUSMAN GODFREY L.L.P.<br>1201 Third Avenue, Suite 3800<br>Seattle, Washington 98101<br>Telephone: (206) 516-3880<br>Facsimile: (206) 516-3883<br>mberry@susmangodfrey.com<br><br>Brian M. Gillett*<br>SUSMAN GODFREY L.L.P.<br>1000 Louisiana Street, Suite 5100<br>Houston, TX 77002<br>Telephone: (713) 651-9366<br>Facsimile: (713) 654-6666<br>bgillett@susmangodfrey.com<br><br>*admitted *pro hac vice*<br><br>*Attorneys for Defendant ESF QIF Trust, by and through its trustee, Deutsche Bank Trust Company* |

SO ORDERED this \_\_\_\_ day of _____, 2013.

_____
The Honorable Leonard P. Stark